IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM T. FLOYD, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> COMMISSIONER, SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br>     Respondent. ) <br> _____) | Case No. CV 05-345-N-LMB <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order entered August 10, 2006 (Docket No. 17), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **August 11, 2006**.

*/s/ Larry M. Boyle*
Larry M. Boyle
United States District Court

**JUDGMENT -1-**